UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Spyros Panos,

                               Petitioner,         <u>ORDER</u>

            - against -                       25 Civ. 00423 (KMK)
                                                     18 Cr.  00581 (KMK)

United States of America,

                               Respondent.
-------------------------------------------------------------x

       The United States of America shall respond to Petitioner's application, pursuant to 28 U.S.C. §2255, within 30 days of the date of this order.

       Upon receipt thereof, this Court will make such other or further order as may be appropriate so that these proceedings may be heard and determined.

Dated: White Plains, New York
           May 7, 2025

                                                   SO ORDERED

                                                   Kenneth M. Karas, U.S.D.J.

The Clerk of the Court is directed to mail a copy of this Order to the ~~Plaintiff~~ Petitioner